**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JOSEPH GLENN SAVICKI,

    Petitioner,

v.                                        CASE NO. 5:17cv18/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated July 9, 2018. ECF No. 37. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a thorough *de novo* determination of Petitioner's objections.

Having carefully considered the extensive Report and Recommendation, and Petitioner's objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 37, is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus, ECF No. 17, is **DENIED**.

3. Petitioner's "Request for Discovery, Appointment of Counsel, Funds for Investigator", ECF No. 35, and "Amendment to Request for Appointment of Counsel, Funds for Investigator, and Depositions be [sic] Transcribed", ECF No. 36, are **DENIED**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of March 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**